# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                         CRIMINAL NO. 05-10326-JLT

TYSON J. FORD,
    Defendant/Petitioner.

# *REPORT AND RECOMMENDATION ON UNITED STATES' MOTION TO DISMISS TYSON FORD'S MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT THE SENTENCE (#60)*

COLLINGS, U.S.M.J.

    I RECOMMEND that the United States' Motion to Dismiss Tyson Ford's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct the Sentence (#52) ("the 2255 Motion") be ALLOWED and that Final Judgment enter accordingly. I note that the defendant has not filed an opposition to the United

States' motion.

Brevis disposition is appropriate. The facts are set out in the United States' Memorandum, Etc. (361) and are fully supported by the record. Ground One was raised on direct appeal but specifically abandoned. *United States v. Ford,* 548 F.3d 1, 3 (n. 1)(1 Cir., 2008), *cert. denied,* \_\_\_U.S.\_\_\_, 130 S.Ct. 54 (2009). The abandonment of the claim on direct appeal operates as a waiver of the claim for purposes of 28 U.S.C. § 2255. Ground Two was raised and fully adjudicated in the Court of Appeals on the defendant's direct appeal. *See Ford, supra,* 548 F.3d at 3-7. The Court of Appeals' disposition is *res judicata* as between the parties and cannot be challenged in a subsequent § 2255 Motion. It follows inexorably that the defendant is not entitled to § 2255 relief.

The parties are hereby advised that pursuant to Rule 72, Fed. R. Civ. P., any party who objects to this recommendation must file a specific written objection or objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has

repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review.  *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1 Cir., 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1 Cir., 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1 Cir., 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1 Cir., 1982); *Park Motor Mart, Inc. v. Ford Motor Co.,* 616 F.2d 603 (1 Cir., 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 10, 2011.